IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

MAY 2 0 2025

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHAD VAUGHN, | ) |
| Defendant. | ) |

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

CRIMINAL NO. 25-30078-JPG

Title 26, United States Code,
Sections 5841, 5845(f), 5861(d), and 5871

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
#### POSSESSION OF AN UNREGISTERED DESTRUCTIVE DEVICE

On or about April 9, 2025, in Madison County, within the Southern District of Illinois,

**CHAD VAUGHN,**

defendant herein, knowingly possessed a destructive device, that is, an improvised explosive bomb, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845(f), 5861(d), and 5871.

**A TRUE BILL**

███████████████████

JENNIFER HUDSON
Assistant United States Attorney

Digitally signed by
STEVEN WEINHOEFT
Date: 2025.05.18
19:44:13 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention